AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978.
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| STAPLETON, WALTER K. | U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 5/15/05 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States Circuit Judge | __ Nomination, Date_____  <br> __ Initial  _X_ Annual __ Final | 1/1/04-12/31/04 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Building <br> Lockbox 33 <br> Wilmington, DE 19801 | Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The Instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| Trustee & Vice Chairman | Silverside Church (non-profit religious organization) |
| 2 Vice-Chairman & Member Board of Directors | Buck & Doe Trust, Inc. (non-profit/ conservation |
| 3 Vice President & Member Board of Directors | Coatesville Cultural Society (non-profit/ |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| [X] | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

FINANCIAL DISCLOSURE OFFICE
2005 MAY 17 P 12: 3
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

A. Filer's Non-Investment Income

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| [X] | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

B. Spouse's Non-Investment Income. If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| [ ] | NONE (No reportable non-investment income.) | |
| 1 | 2004 | Chester County Cuntry Properties (real estate brokerage firm) |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/05 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X 1 | NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | NONE (No reportable liabilities.) Wells Fargo | Mortgage on Rental Prop. Nantucket, Mass. (Pt. VII) | M |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Baxter Int'l Com/ | A | Div | J | T | | | | | |
| 2 Conoco Phillips Com. | A | Div | K | T | Part Sell | 4/2 | J | C | |
| 3 Gen. Motors Com. | | None | | | Sell | 4/2 | K | C | |
| 4 JNJ Com. | A | Div | K | T | | | | | |
| 5 Kimberly-Clark Com. | A | Div | K | T | | | | | |
| 6 Marathon Oil Corp. Com. | A | Div | K | T | | | | | |
| 7 Merck Com. | A | Div | K | T | | | | | |
| 8 Mirant Com. | | None | | | Sell | 4/2 | J | (A) | |
| 9 Fed. Home Loan 3% | A | Int | K | T | Buy | 4/2 | K | | |
| 10 Pepsico Com. | A | Div | K | T | | | | | |
| 11 Southern Co. Com. | A | Div | K | T | Buy | 4/2 | J | | |
| 12 Verizon Comm. Com. | A | Div | | | Sell | 4/2 | K | (B) | |
| 13 Cobb Co, Ga. Hosp. Bd. | A | Int | J | T | | | | | |
| 14 Allstate Com. | A | Div | K | T | | | | | |
| 15 Exxon Mobil | A | Div | K | T | | | | | |
| 16 General Electric | B | Div | K | T | Part Sell | 4/2 | M | E | |
| 17 Morgan Stanley Com. | A | Div | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/05 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Motorola Com. | A | Div | | | Sell | 4/2 | J | (D) | |
| 19 Sears Roebuck Com. | A | Div | | | Sell | 4/2 | J | C | |
| 20 3M Com. | B | Div | L | T | | | | | |
| 21 SEI Tax Exempt Trust | A | Div | J | T | | | | | |
| 22 Allied Cap. Com. | B | Div | K | T | | | | | |
| 23 Biogen (formerly Idec Pharm.) Com. | | None | | | Sell | 11/12 | K | D | |
| 24 Chubb Com. | A | Div | K | T | | | | | |
| 25 Cisco Sys. Com. | | None | K | T | | | | | |
| 26 Fulton Finan. Com. | A | Div | K | T | | | | | |
| 27 EMC Corp. Com. | | None | K | T | | | | | |
| 28 Marsh & McLennan Com. | A | Div | | | Sell | 11/4 | J | (D) | |
| 29 Intel Com. | A | Div | K | T | | | | | |
| 30 Emerson Elec. Com. | A | Div | K | T | | | | | |
| 31 Teleflex Com. | A | Div | K | T | | | | | |
| 32 Smuckers J.M. Com. | A | Div | K | T | | | | | |
| 33 Cumberland Valley PA SD Bd. | B | Int | L | T | | | | | |
| 34 Del. Co. Pa. Hsg. Auth. Bd. | A | Int | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Gov. Mifflin PA SD | B | Int | J | T | | | | | |
| 36 Perkiomen Valley PA SD | B | Int | L | T | | | | | |
| 37 Medco Health Solutions Com. | | None | | | Sell | 4/2 | J | A | |
| 38 Constellation Energy | A | Div | K | T | Buy | 11/17 | K | | |
| 39 Microsoft | A | Div | K | T | Buy | 11/17 | K | | |
| 40 Medtronic | A | Div | K | T | Buy | 11/17 | K | | |
| 41 Bank of America | A | Div | | | Sell | 1/23 | K | A | |
| 42 Bell South | A | Div | | | Sell | 1/23 | J | A | |
| 43 Neenah Paper | | None | J | T | spinoff Kimb.Cl. | 12/6 | J | | |
| 44 Acorn II LP | | None | M | T | Buy | 3/9 | M | | |
| 45 Perpetual Fin. Pref. | | None | J | T | | | | | |
| 46 Bell South Corp. Com. | B | Div | L | T | | | | | |
| 47 Duke Power Com. | B | Div | K | T | | | | | |
| 48 Nuveen Fd. | B | Div | K | T | | | | | |
| 49 Buckeye Partners | D | Int | M | T | | | | | |
| 50 Johnson & Johnson Com. | A | Div | L | T | Part Sell | 6/24 | J | D | |
| 51 Merck & Co. Com. | B | Div | K | T | Part Sell | 3/17 | J | D | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/05 |

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 Real Estate Ches. Co. PA | | None | N | Q** | | | | | |
| 53 Real Estate Nantucket, Mass. | E | Rent | O | Q* | | | | | |
| 54 Star Banc Corp. | A | Div | L | T | | | | | |
| 55 U.S. Bancorp (formerly Firstar Corp.) | B | Div | L | T | Part Sell | 6/24 | K | E | |
| 56 | | | | | | | | | |
| 57 IRA | C | Div Int | N | T | | | | | |
| 58 -Alliance Gr.&Inc. B -Alliance Prem. Gr. B | | | | | | | | | |
| 59 -Alliance Small CP Val.B -Alliance Tech B. | | | | | | | | | |
| 60 -Alliance Corp. Bond B -Alliance Bal. Wealth | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 *Appraisal Date 12/31/94 | | | | | | | | | |
| 65 **Appraisal Date 4/12/94 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (include those of spouse and dependent children. See pp. 34-57 of instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| CHESTER CO. COUNTRY PROP. PROFIT SHR PLAN | A | Div Int | M | T | | | | | |
| -Alliance G.&Inc. B | | | | | | | | | |
| -Alliance Prem. Gr. B | | | | | | | | | |
| -Franklin Euro. Fd. | | | | | | | | | |
| -Franklin Fin.Serv.Fd. | | | | | | | | | |
| -Alliance Tech B | | | | | | | | | |
| -Alliance Exch. Reserve (money mkt. acct.) | | | | | | | | | |
| -Alliance Balance Wealth | | | | | | | | | |
| | | | | | | | | | |
| CHESTER CO. COUNTRY PROP. MONEY PURCHASE PENSION PLAN | A | Div Int | M | T | | | | | |
| -Alliance Gr.&Inc. B | | | | | | | | | |
| -Alliance Prem. Gr. B | | | | | | | | | |
| -Alliance BioTech B | | | | | | | | | |
| -Alliance Tech B | | | | | | | | | |
| -Alliance Small Cap.Val B | | | | | | | | | |
| -Alliance Exch. Reserve (money mkt. acct.) | | | | | | | | | |
| -Alliance Bal. Wealth | | | | | | | | | |
| | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of instructions)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| T. Rowe Price Science & Tech Fund | | None | J. | T | | | | | |
| Franklin European Fd. C | A | Div | K | T | | | | | |
| Exxon Com. | A | Div | J | T | | | | | |
| 9.5/120 interest in ▮▮▮▮ partnership[1] | A | Rent | L | Q* | | | | | |
| Acorn II LP | A | Div | M | T | | | | | |
| Kate Partners, L.P. | | None | K | T | | | | | |
| Real Estate Hancock Co., ME (2001 280,000) | | None | O | R | | | | | |
| Gen. Elec. Com | A | Div | K | T | | | | | |
| SEI Tax Exep. Trust | A | Div | J | T | | | | | |
| U.S. Treas. Note 11/15/07 | C | Int | L | T | | | | | |
| U.S. Treas. Note 9/15/08 | C | Int | L | T | | | | | |
| | | | | | | | | | |
| [1]See Sec/ VIII, ¶ 1 *Appraisal Date 1/15/98 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/05 |

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code1 (A-H) | Type (e.g. div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets or transactions) | | | | | | | | | |
| Cadbury Schwepps Com. | A | Div | K | T | | | | | |
| Conagra Foods Com. | A | Div | K | T | | | | | |
| Kimberly-Clark Com. | A | Div | K | T | | | | | |
| Cincinnati Fin. Corp. Com. | A | Div | K | T | | | | | |
| St. Paul Companies Com. | A | Div | K | T | | | | | |
| SEI Investments | A | Div | K | T | | | | | |
| EMC Corp. Mass. Com. | | None | K | T | | | | | |
| Intel Com. | A | Div | K | T | | | | | |
| Newell Rubbermaid Com. | A | Div | | | Sell | 3/17 | K | (C) | |
| Colgate Palmolive | A | Div | K | T | Buy | 2/10 | K | | |
| Medtronics | A | Div | K | T | Buy | 6/29 | J | | |
| Vasomedical | | None | J | T | Buy | 12/13 | J | | |
| MBNA | A | Div | K | T | Buy | 2/10 | K | | |
| Alltel | A | Div | K | T | Buy | 6/29 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/05 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Neenah Paper | | None | | | Spinoff Kimb.Cl. | 12/10 | J | | |
| Neenah Paper | | None | | | Sell | 12/16 | J | A | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

The [REDACTED] limited partnership owns three tracts of timberland in Randolph County, Georgia. I am a general partner. My total interest is 9.5/120th. Partnership income is derived from hunting leases and the sale of timber.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq. 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature [REDACTED]                           Date 5/15/05

NOTE: [REDACTED] Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJEC [REDACTED] App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544